ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Perry Management Corporation of South Dakota, LLC | ) | ASBCA No. 64100 |
| | ) | |
| | ) | |
| Under Contract No. N62478-23-D-2402 | ) | |

APPEARANCES FOR THE APPELLANT:         Johnathan M. Bailey, Esq.
                                       Kristin E. Zachman, Esq.
                                         Cokinos Young
                                         San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:        Tracey R. Rockenbach, Esq.
                                         Navy Chief Trial Attorney
                                       Lauren H. Kalaukoa, Esq.
                                       Christine Tamashiro, Esq.
                                         Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 1, 2026

OWEN C. WILSON
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64100, Appeal of Perry Management Corporation of South Dakota, LLC, rendered in conformance with the Board's Charter.

Dated: July 1, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals